# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERIC GREEN, | )<br>) |
| Plaintiff, | )<br>) Case No. 2:17-cv-00090-APG-CWH |
| vs. | )<br>) **ORDER** |
| HIGH DESERT STATE PRISON MEDICAL DEPARTMENT, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

Presently before the court is plaintiff Frederic Green's renewed Motion Requesting Issuance of a Summons for Unserved Defendants (ECF No. 25), filed on January 19, 2018.

Following the inmate early mediation in this case, the court ordered the Attorney General to provide the names of defendants for whom the Nevada Department of Corrections ("NDOC") would accept service of process. (Order (ECF No. 20).) The court further ordered the Attorney General to provide the names of defendants for whom it would not accept service. (*Id.*) For any unserved defendants, the court ordered Green to file a motion identifying those defendants, requesting issuance of a summons, and specifying those defendants' full names and addresses. (*Id.*)

The Attorney General filed the court-ordered notice, which stated that the NDOC was unable to accept service for Dr. George Dennis Leaks and that it does not maintain a personnel file for this defendant and therefore does not have his last known address. (Notice (ECF No. 22).) Green now requests that the court issue a summons for Dr. George Dennis Leaks, stating that his address is 2120 East Calvada Boulevard, Pahrump, Nevada, 89048. Given that Green has provided the required information, the court will grant his motion.

IT IS THEREFORE ORDERED that plaintiff Frederic Green's renewed Motion Requesting Issuance of a Summons for Unserved Defendants (ECF No. 25) is GRANTED.

IT IS FURTHER ORDERED that the clerk of court must ISSUE the summons.

IT IS FURTHER ORDERED that the clerk of court must send to plaintiff a blank USM-285 form, along with a copy of this order.

IT IS FURTHER ORDERED that plaintiff must complete the USM-285 form and file it with the court by **February 20, 2018**. Upon receipt of the USM-285 form from plaintiff, the court will enter an additional order directing the clerk of court to deliver the summons, the completed USM-285 form, a copy of plaintiff's amended complaint (ECF No. 4), and a copy of this order to the U.S. Marshal for service.

DATED: January 29, 2018

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**