# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FREDERIC GREEN,

        Plaintiff,

vs.

HIGH DESERT STATE PRISON MEDICAL DEPARTMENT, et al.,

        Defendants.

Case No. 2:17-cv-00090-APG-CWH

**ORDER**

This matter is before the court on plaintiff Frederic Green's completed USM-285 form (ECF No. 32), filed on February 12, 2018. The form pertains to service of process by the United States Marshals Service on Defendant George Dennis Leaks. The clerk of court is directed to deliver the summons (ECF No. 30), the completed USM-285 form (ECF No. 32), and a copy of plaintiff's amended complaint (ECF No. 4) to the United States Marshal for service.

IT IS SO ORDERED.

DATED: February 27, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**