# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREDERIC GREEN, | Case No. 2:17-cv-00090-APG-CWH |
| Plaintiff, | |
| v. | **ORDER DENYING WITHOUT PREJUDICE MOTIONS FOR INJUNCTIVE RELIEF** |
| HIGH DESERT STATE PRISON MEDICAL DEPARTMENT, et al., | |
| Defendants. | (ECF Nos. 42, 43) |

Plaintiff Frederic Green brought this lawsuit against officials at High Desert State Prison (HDSP), where he used to be an inmate, alleging the defendants were deliberately indifferent to his medical needs related to his eye. ECF Nos. 4, 6. I previously deferred ruling on Green's request for injunctive relief while he was housed at HDSP so the parties could proceed to mediation. ECF No. 6. The mediation was unsuccessful. ECF No. 19. In November 2017, Green was transferred to Ely State Prison. ECF No. 21. Consequently, his request for injunctive relief against officials at HDSP is moot.

Green has again moved for injunctive relief, this time against officials at Ely State Prison. ECF Nos. 42, 43. However, these officials are not defendants in this action. Preliminary injunctive relief is appropriate where "the intermediate relief [is] of the same character as that which may be granted finally." *De Beers Consol. Mines v. United States*, 325 U.S. 212, 220 (1945). But a court cannot issue an injunction that "deals with a matter lying wholly outside the issues in the suit." *Id.*

Because Green's request for injunctive relief arises out of separate conduct by separate officials at a different facility, and those matters are wholly outside this lawsuit, I must deny his motions for injunctive relief in this lawsuit. Green should exhaust his administrative remedies and file a separate lawsuit to address the issues he contends are occurring at Ely State Prison.

/ / / /

1  IT IS THEREFORE ORDERED that plaintiff Frederic Green's motions for a temporary

2  restraining order and preliminary injunction **(ECF Nos. 42, 43) are DENIED without prejudice**.

3  DATED this 11th day of May, 2018.

4

5  _____

   ANDREW P. GORDON
6  UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28