# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERIC GREEN, | Case No.: 2:17-cv-00090-APG-PAL |
| Plaintiff | |
| v. | **Order Dismissing Counts II, VII, and VIII** |
| HIGH DESERT STATE PRISON MEDICAL DEPARTMENT, et al., | |
| Defendants | |

In his amended complaint, plaintiff Frederic Green sued nine defendants for violating his Eighth Amendment rights by acting deliberately indifferent to his medical needs. In Count II, he sues defendant "L. Stewart, charge nurse," in Count VII he sues defendant "Mr. Bob, Director of Nurses," and in Count VIII he sues "Mr. Art, charge nurse." ECF No. 4 at 2-3. The amended complaint provides no other information for these three defendants except that they work in the High Desert State Prison Medical Department.

On April 11, 2019, I ordered Green to show cause why his claims against L. Stewart, Art, and Bob should not be dismissed without prejudice for failure to timely and properly serve them and for failure to prosecute his claims against them. ECF No. 60. On April 24, 2019, Green responded by stipulating to the dismissal of L. Stewart, Art, and Bob. ECF No. 61 at 2.

IT IS THEREFORE ORDERED that plaintiff Frederic Green's Count II against L. Stewart, Count VII against Bob, and Count VIII against Art are to be DISMISSED without prejudice.

DATED this 1st day of May, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE