# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERIC GREEN, | Case No.: 2:17-cv-00090-APG-PAL |
| Plaintiff | |
| v. | Referral to Pro Bono Program |
| HIGH DESERT STATE PRISON MEDICAL DEPARTMENT, et al., | |
| Defendant | |

This case is referred to the Pro Bono Program ("Program") adopted in General Order 2017-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for plaintiff Frederic Green. The scope of appointment will be for all purposes through the conclusion of trial. By referring this case to the Program, I am not expressing an opinion as to the merits of the case.

**IT IS HEREBY ORDERED** that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

**IT IS FURTHER ORDERED** that the Clerk forward this order to the Pro Bono Liaison.

DATED this 20th day of May, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE