# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERIC GREEN,<br><br>    Plaintiff<br><br>v.<br><br>HIGH DESERT STATE PRISON MEDICAL DEPARTMENT, et al.,<br><br>    Defendants | Case No.: 2:17-cv-00090-APG-DJA<br><br>**Order for Proposed Joint Pretrial Order** |

I ORDER the parties to file a proposed joint pretrial order by November 15, 2019.

DATED this 22nd day of October, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE