
Kristen T. Gallagher (NSBN 9561)
Jason Sifers (NSBN 14273)
McDONALD CARANO LLP
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
kgallagher@mcdonaldcarano.com
jsifers@mcdonaldcarano.com

*Attorneys for Frederic Green*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FREDERIC GREEN,

Plaintiff,

v.

HIGH DESERT STATE PRISON MEDICAL DEPARTMENT, et al.,

Defendants.

Case No. 2:17-cv-00090-JAD-DJA

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO VACATE ALL DEADLINES**

Plaintiff Frederic Green ("Plaintiff") and Defendants Gregory Bryan, Romeo Aranas, Alberto Buencamino and George Leaks (collectively, "Defendants") respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the settlement agreement, a motion for approval of the same, and a stipulated dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties are given 60 days to file

/ /

/ /

/ /

/ /

/ /

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

the Agreement. Accordingly, the parties respectfully request that the Court vacate all deadlines as set forth in the May 19, 2020 Stipulation and Order to Extend Discovery Deadlines [ECF No. 82].

DATED this 9th day of September, 2020.

McDONALD CARANO LLP

By: */s/ Jason Sifers*
Kristen T. Gallagher (NSBN 9561)
Jason Sifers (NSBN 14273)
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102
kgallagher@mcdonaldcarano.com
jsifers@mcdonaldcarano.com

*Attorneys for Plaintiff*

OFFICE OF THE ATTORNEY GENERAL

By: */s/ Katlyn M. Brady*
AARON D. FORD (NSBN 7704)
KATLYN M. BRADY (NSBN 14173)
555 East Washington Ave., Suite 3900
Las Vegas, Nevada 89101
Email: mfeeley@ag.nv.gov

*Attorneys for Defendants Romeo Aranas, Gregory Bryan, Alberto Buencamino, and George Leaks*

**ORDER**

Good cause appearing, IT IS SO ORDERED this 10th day September, 2020.

U.S. MAGISTRATE JUDGE